UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EARL DANIEL LINEBAUGH,

    Petitioner,

v.                                           Case No.8:02-cv-809-T-17TGW

JAMES V. CROSBY, JR.,

    Respondent.
_____

## ORDER

This Court denied Petitioner Earl Daniel Linebaugh (Linebaugh's) 28 U.S.C. § 2254 petition for writ of habeas corpus. Petitioner has filed an application for certificate of appealability (Doc. No. 27) and a motion for leave to appeal in forma pauperis (Doc. No. 28).

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000). Petitioner has failed to meet this standard. Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

1. That Petitioner's application for certificate of appealability (Doc. No. 27) is denied.

2. That Petitioner's motion for leave to appeal in forma pauperis (Doc. No. 28) is denied.

ORDERED in Tampa, Florida, on JUNE 15th, 2005.

Elizabeth A. Kovachevich
UNITED STATES DISTRICT JUDGE

Counsel of Record
Earl Daniel Linebaugh